06-383-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
vs.
POWELL, DOUGLAS L.

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P0657904 | 03/18/2006 |
| EV64 | |
| DRIVE W/ SUSPENDED LIC | |

Defendant

**FILED**
AUG 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

Collateral in the Amount of $ _____ MANDATORY _____ may be Forfeited in Lieu of Appearance.

Date  7/25/06

_____
United States Magistrate Judge
BARRY R. PORETZ

---

RETURN

| RECEIVED | DATE 3/18/06 | LOCATION Eastern VA Marshals Service |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | DATE 8/29/06 | LOCATION United States Marshal District Court, Washington DC |

Name: Stephen E. Owens  Title: Deputy US Marshal  District: D/DC Washington
Date: 8/29/06  Signature: [signature]