06-383-M-01

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____ 20____, while exercising my duties as a law enforcement officer in the _____ District of _____

**FILED**
AUG 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____    _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____    _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

---

**United States District Court**
**Violation Notice**

Location Code: EV64
Violation Number: P 0657904
Officer Name: Forshin
Officer No.: 929

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 3/18/06 1320
Offense Charged: 36CFR4.2 a 46.2-301    CFR ☒ USC ☐ State Code ☐
Place of Offense: S/B AT SAILING MARINA
Offense Description: Operating After Suspended    06-9138

**DEFENDANT INFORMATION**
Last Name: POWELL    First Name: DOUGLAS

VEHICLE DESCRIPTION: VIN
Tag No.    State: VA    Year: 97    Make: NISS    Model: [Green]    Color: Green

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

YOUR COURT DATE
U.S. District Court
401 Courthouse Sq.
Alexandria, VA 22314
(703) 299-2100

Date: 04-27-06    Time: 0900

X Douglas [signature]

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) Criminal No.
)
DOUGLAS LARRY POWELL )
)
)

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

I, Scott M. Grimard, being duly sworn, hereby depose and state:

1. I am currently employed by the United States Park Police and have been for over (18) eighteen years. During this period of time I have received training in the enforcement of various Federal, state and local laws and regulations.

2. This affidavit is in support of probable cause for a summons to be issued for DOUGLAS LARRY POWELL. This affidavit is based upon my personal knowledge and experience and on information provided to me by other law enforcement officials, including Sergeant Kenneth Fornshill of the United States Park Police.

3. On March 18, 2006 at approximately 1:20 p.m. Sergeant Fornshill observed a green Nissan with a Virginia license plate

1

of YUJ6199 traveling southbound on the George Washington Memorial Parkway at Reagan National Airport, in the Eastern District of Virginia. Sergeant Fornshill observed that the front seat passenger was not wearing a seatbelt. A traffic stop was conducted on the vehicle. The operator was identified by Sergeant Fornshill as DOUGLAS LARRY POWELL through his North Carolina identification card. POWELL admitted to Sergeant Fornshill that his Virginia driver's license was suspended.

4. Sergeant Fornshill checked POWELL's license through the United States Park Police Communications section and they advised that POWELL's Virginia drivers license was suspended.

5. DOUGLAS LARRY POWELL was issued a citation with a mandatory court appearance for April 27, 2006. POWELL failed to appear on that date.

6. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about March 18, 2006, on the George Washington Memorial Parkway, in the Eastern District of Virginia, DOUGLAS LARRY POWELL, did unlawfully, drive a motor vehicle on a highway in the Commonwealth of Virginia while his driver's license, learner's permit, or privilege to drive a motor vehicle has been suspended or revoked in violation of Title 36 Code of Federal Regulations, Section 4.2, adopting Title 46.2, Code of Virginia, Section 301 (B).

2

_____
Scott M. Grimard, Sergeant
United States Park Police

Sworn to and subscribed before
me this 24th day of May 2006

_____
Karen Spinks
Notary Public for Commonwealth of Virginia
My Commission expires: January 31, 2008
Alexandria, Virginia

probable cause found
[signature]
5/25/06

2