CO-1 80 (Rev - DC 03/00)

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DOUGLAS L. POWELL<br><br>DOB:          PDID# | DOCKET NO: | MAGIS. NO: 06-383 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>DOUGLAS L. POWELL | |
| WARRANT ISSUED ON THE BASIS OF:<br>☒ Order of Court   ☐ Information<br>☐ Indictment   ☐ Complaint | FILED<br>SEP 29 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR AT THE USDC IN THE EASTERN DISTRICT OF VA. IN ALEXANDRIA, VA. FOR A TICKET CASE AS ORDERED BY THIS COURT.

VIOLATION NOTICE EV64 P0657904 (DRIVING WITH A SUSPENDED LICENSE)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: | |
|---|---|---|
| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>MAGISTRATE JUDGE JOHN M. FACCIOLA | JUDGE/MAGISTRATE JUDGE<br>MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED:<br>09/06/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>[signature] | DATE: |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9/06/06<br>DATE EXECUTED<br>9/29/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephen K. Owens<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

*Subject taken to E/VA.

FID1174469